# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH V. LAUE

NO. 2024 KW 0438

**AUGUST 12, 2024**

---

In Re:     Joseph V. Laue, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           581152.

---

**BEFORE:     WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT